IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KASAUN MOALES,
Plaintiff,
v.
TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendants.

Case No.: [To be assigned]
COMPLAINT
JURY TRIAL DEMANDED

Plaintiff KASAUN MOALES ("Plaintiff"), proceeding pro se, brings this action against TransUnion, LLC and Experian Information Solutions, Inc. (collectively, "Defendants" or "Credit Bureaus") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. Plaintiff alleges as follows:

## I. INTRODUCTION

1. This is an action for actual damages, statutory damages, punitive damages, and injunctive relief for Defendants' repeated and continuous violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.
2. Defendants have furnished, maintained, and published inaccurate, false, and misleading information on Plaintiff's consumer credit report for multiple months, causing continuous harm.
3. Defendants' failure to correct these inaccuracies has resulted in multiple lost opportunities for Plaintiff to receive credit, including denials, increased interest rates, and financial harm.
4. Plaintiff has suffered economic and reputational harm, credit denials, and emotional distress, entitling him to relief under the FCRA.

## II. JURISDICTION & VENUE

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) because this action arises under the FCRA, 15 U.S.C. § 1681 et seq.
6. This Court has personal jurisdiction over Defendants because they regularly conduct business in Connecticut and maintain substantial contacts within this judicial district.
7. Venue is proper in the District of Connecticut under 28 U.S.C. § 1391(b) because Defendants transact business in this district and because a substantial part of the events giving rise to this action occurred in this district.

## III. PARTIES

8. Plaintiff KASAUN MOALES is a private citizen and consumer as defined by 15 U.S.C. § 1681a(c), residing at:
**55 Wessels Ave, Suite 18, Bridgeport, CT 06610.**
9. Defendant TRANSUNION, LLC ("TransUnion") is a consumer reporting agency ("CRA") as defined by 15 U.S.C. § 1681a(f), with its principal place of business at 555 West Adams Street, Chicago, IL 60661.
10. Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") is a CRA with its principal place of business at 475 Anton Boulevard, Costa Mesa, CA 92626.

## IV. FACTUAL ALLEGATIONS

12. Plaintiff is a consumer with a right to accurate credit reporting under the FCRA.
13. Defendants have reported false and inaccurate information about Plaintiff's credit history each month they failed to remove the inaccurate data, specifically: a. **Capital One Auto Finance Account:**

- TransUnion and Experian have incorrectly reported the Capital One Auto Finance account **620515XXXXXXXXXXX** from November 20, 2019, to present, despite the fact that Capital One Auto Finance is an assignee, not the original creditor, and the original creditor has already been paid in full. b. **Capital One Credit Card Account (517805XXXXXX):**
- TransUnion and Experian have reported negative information on the Capital One credit card account **517805XXXXXX** starting from September 2022 to present. This obligation belongs to the **Kasaun Dupreme Moales Estate**, of which Plaintiff is the executor, and should not reflect negatively on Plaintiff's personal credit.

14. Defendants' failure to remove these inaccuracies has harmed Plaintiff's creditworthiness each month, affecting credit approvals, interest rates, and financial stability.
15. Plaintiff has applied for credit multiple times but has been denied or given unfavorable terms due to these false reports.
16. Defendants have received notice from Plaintiff but have failed to investigate and correct these inaccuracies in violation of the FCRA.

## V. LEGAL CLAIMS

### COUNT I – WILLFUL VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681n)
(Against All Defendants)

17. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.
18. Under 15 U.S.C. § 1681e(b), Defendants must adopt and maintain reasonable procedures to ensure maximum possible accuracy in consumer credit reports.
19. Defendants willfully violated § 1681e(b) every month they failed to correct the false information.
20. Under 15 U.S.C. § 1681i(a)(1)(A), Defendants must reinvestigate disputed credit information within 30 days.

21. Defendants failed to properly reinvestigate the inaccuracies, despite Plaintiff's repeated disputes.
22. As a result of these willful violations, Plaintiff has suffered damages, entitling him to:

- Actual damages under 15 U.S.C. § 1681n(a)(1)(A);
- Statutory damages of up to $1,000 per violation, per month under § 1681n(a)(1)(B);
- Punitive damages under § 1681n(a)(2);
- Attorney's fees and costs under § 1681n(a)(3).

## COUNT II – NEGLIGENT VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681o)
(Against All Defendants)

23. Plaintiff incorporates all preceding paragraphs.
24. Defendants negligently failed to maintain reasonable procedures to ensure the accuracy of Plaintiff's credit report.
25. Defendants' failure to correct these inaccuracies despite notice and opportunity violates § 1681e(b) and § 1681i.
26. As a result, Plaintiff has suffered damages, entitling him to:

- Actual damages under § 1681o(a)(1);
- Attorney's fees and costs under § 1681o(a)(2).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants as follows:

1. Declaratory Relief: Declaring Defendants' reporting to be false, inaccurate, and in violation of the FCRA.
2. Injunctive Relief: Ordering Defendants to delete the inaccurate information.
3. Actual Damages: In an amount to be determined at trial.
4. Statutory Damages: Up to $1,000 per violation, per month, for each month the inaccurate information remained.
5. Punitive Damages: As permitted under § 1681n(a)(2).
6. Attorney's Fees and Costs: Under § 1681n(a)(3) and § 1681o(a)(2).
7. Any further relief the Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues.

Dated: April 8, 2025

Respectfully submitted,
Kasaun Moales

**CERTIFIED MAIL**™

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM

0660484768 C025